UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MARGARET ELAINE RAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0703 (PLF) |
| | ) | |
| TIMOTHY F. GEITHNER, | ) | |
| Secretary of the Treasury, | ) | |
| | ) | |
| Defendant.[1] | ) | |
| | ) | |

ORDER AND JUDGMENT

For the reasons given in the Opinion issued this same day, it is hereby

ORDERED that defendant's motion for summary judgment [16] is GRANTED

and judgment will be entered for the defendant.

The Clerk of this Court is instructed to remove the case from the docket of the

Court.  This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
DATE:  August 11, 2010                    United States District Judge


_____

[1]        Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes as the defendant the current Secretary of the Treasury, Timothy Geithner, for former Secretary Henry Paulson.